UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL DAVID BAILEY,** | ) |
| Petitioner, | ) |
| vs. | ) Case number 4:08cv1837 TCM |
| **STEVE LARKINS,** | ) |
| Respondent. | ) |

## ORDER

This 28 U.S.C. § 2254 action is before the Court on the motion of petitioner, Michael David Bailey, for an extension of time within which to file a reply to Respondent Steve Larkins' Response to Order to Show Cause. [Doc. 14] Petitioner requests an extension of sixty days, up to and including September 14, 2009. This extension will be granted. Petitioner is warned, however, that no further extensions will be granted.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  8th  day of July, 2009.